**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

THOMAS A. CURLEY,

    Plaintiff,

v.                                      Case No: 5:15-cv-183-Oc-30PRL

LIFESTREAM BEHAVIORAL
CENTER, INC.,

    Defendant.

_____

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Acceptance of Offer of Judgment (Dkt. #32). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant in the amount of $2,500.00, which includes costs and attorney's fees.

2. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of November, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\OCALA\15-cv-183 Clerk directive.docx